UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EMMERIL WILCOXSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-732-FL |
| THE CITY OF RALEIGH; RALEIGH ) | |
| POLICE DEPARTMENT; DIANA ) | |
| PAINTER, individually and in her official ) | |
| capacity; CHARLES MATTHEWS, II, ) | |
| individually and in his official capacity; ) | |
| PHILLIP D. MATTHEWS, individually ) | |
| and in his official capacity; and HARRY ) | |
| DOLAN, individually and in his official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's orders entered August 8, 2014 and March 3, 2016, and for the reasons set forth more specifically therein, that:

(1) The motion to dismiss filed by defendants The City of Raleigh and Raleigh Police Department, and the motion to dismiss of defendant Harry Dolan in his individual capacity are granted.

(2) The motions for summary judgment made pursuant to Federal Rule of Civil Procedure 56, by defendants Diana Painter and Phillip D. Matthews are granted.

**This Judgment Filed and Entered on March 3, 2016, and Copies To:**

Shawn C. Cabot (via CM/ECF Electronic Notice of Filing)
Gregory M. Kash (via CM/ECF Electronic Notice of Filing)
Hunt K. Choi (via CM/ECF Electronic Notice of Filing)
Patricia L. Holland (via CM/ECF Electronic Notice of Filing)
Paul Holsher (via CM/ECF Electronic Notice of Filing)

Rodney E. Pettey (via CM/ECF Electronic Notice of Filing)
Cathleen M. Plaut (via CM/ECF Electronic Notice of Filing)

This the 3rd day of March, 2016.	JULIE RICHARDS JOHNSTON, CLERK
	 /s/ Christa N. Baker
	(By) Christa N. Baker, Deputy Clerk